# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AKORN HOLDING COMPANY LLC, *et al.*,[1]<br><br>                Debtors. | Chapter 7<br><br>Case No. 23-10253 (KBO)<br><br>(Jointly Administered) |
| GEORGE MILLER, Chapter 7 Trustee of the bankruptcy estates of Akorn Holding Company LLC, *et al.*,<br><br>                Plaintiff,<br><br>   v.<br><br>NEXTPHARMA,<br><br>                Defendant. | Adv. Proc. No. 25-50175 (KBO) |

## CERTIFICATION OF COUNSEL REGARDING
## ORDER APPOINTING INTERNATIONAL PROCESS SERVER

The undersigned counsel to Plaintiff, George L. Miller, Chapter 7 Trustee for the bankruptcy estates of Akorn Holding Company LLC, Akorn Intermediate Company LLC, and Akorn Operating Company LLC (collectively, the "Debtors") hereby certifies that:

1. On February 11, 2025, Plaintiff filed its complaint against the above-captioned defendant (the "Complaint") [Adv. D.I. 1] in the United States Bankruptcy Court for the District of Delaware.

2. On August 22, 2025, the Court issued the summons to the Complaint [Adv. D.I. 3]. Defendant is a foreign entity. The foreign jurisdiction is a signatory to the Hague service convention, but requires an order appointing an international process server to effectuate service.

---

[1] The Debtors in these Chapter 7 Cases, along with the last four digits of each Debtor's federal tax identification number, are: Akorn Holding Company LLC (9190); Akorn Intermediate Company LLC (6123) and Akorn Operating Company LLC (6184). The Debtors' headquarters was located at 5605 CenterPoint Court, Gurnee, Illinois 60031.

Accordingly, attached hereto as **Exhibit A** is a proposed *Order Appointing International Process Server* (the "Proposed Order").

**WHEREFORE**, Plaintiff respectfully requests that the Court enter the Proposed Order at its earliest convenience.

Dated: January 16, 2026                     **SAUL EWING LLP**

*/s/ Paige N. Topper*
Evan T. Miller (DE Bar No. 5364)
Paige N. Topper (DE Bar No. 6470)
1201 N. Market Street, Suite 2300
Wilmington, DE 19801
Telephone: (302) 421-6800
evan.miller@saul.com
paige.topper@saul.com

and

Michelle G. Novick (admitted *pro hac vice*)
161 North Clark Street, Suite 4200
Chicago, IL 60601
Telephone: (312) 876-7899
michelle.novick@saul.com

and

Turner N. Falk (admitted *pro hac vice*)
1735 Market Street, Suite 3400
Philadelphia, PA 19103
Telephone: (215) 972-7777
turner.falk@saul.com

*Counsel to Plaintiff*