## EXHIBIT A

**Proposed Order**

58360409.1
393059-00001

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>AKORN HOLDING COMPANY LLC, *et al.*,[1]<br><br>        Debtors. | Chapter 7<br><br>Case No. 23-10253 (KBO)<br>(Jointly Administered) |
| GEORGE L. MILLER, Chapter 7 Trustee of the bankruptcy estates of Akorn Holding Company LLC, *et al.*,<br><br>        Plaintiff,<br><br>   v.<br><br>NEXTPHARMA,<br><br>        Defendant. | Adv. Proc. No. 25-50175 (KBO)<br><br>**Re: D.I. 1, 3, 7, 9 & ___** |

**ORDER PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE
7012(a)(2) SETTING DEADLINE FOR DEFENDANT NEXTPHARMA TO ANSWER
<u>OR OTHERWISE RESPOND TO THE COMPLAINT</u>**

Upon consideration of the *Certification of Counsel Regarding Order Pursuant to Federal Rule of Bankruptcy Procedure 7012(a)(2) Setting Deadline for Defendant NextPharma to Answer or Otherwise Respond to the Complaint*; it is **HEREBY ORDERED**, pursuant to Federal Rule of Bankruptcy Procedure 7012(a)(2), that:

1.      Defendant's deadline to answer or otherwise respond to the Complaint is August 31, 2026, without prejudice to seek further extensions.

---

[1]      The Debtors in these chapter 7 cases, along with the last four digits of their federal tax identification numbers, are Akorn Holding Company LLC (9190); Akorn Intermediate Company LLC (6123); and Akorn Operating Company LLC (6184). The Debtors' headquarters is located at 5605 CenterPoint Court, Gurnee, IL 60031.

2.      This Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, or enforcement of this Order.